James R. Hawkins, Esq. SBN 192925
james@jameshawkinsaplc.com
Gregory E. Mauro, Esq. SBN 222239
greg@jameshawkinsaplc.com
JAMES HAWKINS, APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
TEL: (949) 387-7200
FAX: (949) 387-6676

JS-6

Attorneys for Plaintiff, NICK BARUCH, on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK A. BARUCH, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>GENUINE PARTS COMPANY, dba NAPA AUTO PARTS STORES, a Georgia Corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: EDCV10-825 R(DTBx)<br><br>**ORDER RE REQUEST FOR DISMISSAL PURSUANT TO RULE 41(a)** |

GOOD CAUSE APPEARING: IT IS HEREBY ORDERED THE FOLLOWING:

Plaintiff's request for dismissal of the entire action is granted. The action shall be dismissed with prejudice as to Plaintiff Nick Baruch only and without prejudice as to the putative class and putative class claims.

IT IS SO ORDERED.

DATED: November 29, 2010

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT
COURT JUDGE